IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN P. JURINKO, et al.,** : | |
| Plaintiffs, : | |
| v. : | CASE NO. 03-CV-4053 |
| : | |
| **THE MEDICAL PROTECTIVE CO.,** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 30th day of July 2009, upon consideration of Plaintiffs' Motion for Supplemental Attorneys Fees and Statutory Interest [Doc. No. 110], Defendant's Response in opposition [Doc. Nos. 112 & 113], Plaintiffs' Reply [Doc. No. 114], and Defendant's Sur-reply [Doc. No. 120], it is hereby **ORDERED** that the Motion [Doc. No. 110] is **DENIED**.

Also, upon consideration of Defendant's Amended Motion for Partial Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b) [Doc. No. 121], Plaintiffs' Response in opposition [Doc. No. 123], and Defendant's Reply [Doc. No. 124], it is **FURTHER ORDERED** that Defendant's Motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**